JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant,
MARIA DEL SOCORRO MEDRANO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No.  1: 05 CR 00350 AWI |
| ) | |
| Plaintiff,                                       ) | STIPULATION TO CONTINUE DATE |
| ) | TO POST PROPERTY BOND |
| v.                                                  ) | AND ORDER THEREON |
| ) | |
| MARIA DEL SOCORRO MEDRANO, ) | |
| ) | |
| Defendant.                                    ) | |
| _____) | |

The defendant, MARIA DEL SOCORRO MEDRANO, through her counsel, John F. Garland, and the United States of America, through its counsel, McGregor W. Scott, United States Attorney and Kevin P. Rooney, Assistant United States Attorney, hereby stipulate to continue the date on which the defendant shall post a $50,000 property bond secured by the equity in property owned by Javier Medrano and Maria Del Socorro Medrano from October 12, 2005 to October 26, 2005.

Dated: October 12, 2005                         /s/ John F. Garland
                                                                JOHN F. GARLAND
                                                                Attorney for Defendant

Dated: October 12, 2005                          McGregor W. Scott
                                                                United States Attorney


                                                                 /s/ Kevin P. Rooney
                                                                By: KEVIN P. ROONEY
                                                                Assistant U.S. Attorney

1

1  ORDER

2  GOOD CAUSE APPEARING, based on the stipulation of the parties,

3  IS HEREBY ORDERED that the date on which the defendant shall post a $50,000 property

4  bond is continued to October 26, 2005.

5

6  IT IS SO ORDERED.

   Dated:   **October 12, 2005**          **/s/ Dennis L. Beck**
7  3b142a                           UNITED STATES MAGISTRATE JUDGE