```
JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant,
MARIA DEL SOCORRO MEDRANO
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  1: 05 CR 00350 AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE DATE TO POST PROPERTY BOND AND ORDER THEREON |
| v. ) | |
| MARIA DEL SOCORRO MEDRANO, ) | |
| Defendant. ) | |

The defendant, MARIA DEL SOCORRO MEDRANO, through her counsel, John F. Garland, and the United States of America, through its counsel, McGregor W. Scott, United States Attorney and Kevin P. Rooney, Assistant United States Attorney, hereby stipulate to continue the date on which the defendant shall post a $50,000 property bond secured by the equity in property owned by Javier Medrano and Maria Del Socorro Medrano from October 26, 2005 to November 10, 2005.

Dated: October 26, 2005        /s/ John F. Garland
                               JOHN F. GARLAND
                               Attorney for Defendant

Dated: October 26, 2005        McGregor W. Scott
                               United States Attorney


                               /s/ Kevin P. Rooney
                               By: KEVIN P. ROONEY
                               Assistant U.S. Attorney

1

| | |
|---|---|
| 1 | ORDER |

GOOD CAUSE APPEARING, based on the stipulation of the parties, IS HEREBY ORDERED that the date on which the defendant shall post a $50,000 property bond is continued to November 10, 2005.

Dated: October 27, 2005                               /s/ Dennis L. Beck
                                                              Honorable Dennis L. Beck
                                                              United States Magistrate Judge